UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 3:09-cr-16-LRH(VPC) |
| Plaintiff, ) | ORDER |
| vs. ) | |
| JASEN L. DUSHANE, ) | |
| Defendant. ) | |

Presently before the court is the matter of U.S.A. v. JASEN L. DUSHANE.

On May 3, 2011, this court held a hearing for revocation of supervised release as to defendant JASEN L. DUSHANE. The Defense request that the revocation in this case be continued to allow JASEN L. DUSHANE to reside in the New Bridge Foundation residential program as soon as a bed is available. Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JASEN L. DUSHANE shall reside in the residential program at New Bridge Foundation for a period of six (6) months. IT IS ORDERED that Sentencing on the Revocation of Supervised Release is continued to Friday, September 30, 2011 at 10:00 a.m. in Reno Courtroom 5. IT IS FURTHER ORDERED that defendant shall obey all terms and conditions of supervised release as previously ordered.

DATED this 3rd day of May, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE